879 F.2d 860
 U.S.
v.
Rosa (Joseph F.), Kostrick (William), Antonelli (Martin),
Campbell (Daniel), Connelly (Paul, Jr.), Dadamo (William),
Davis (Vivian), Diaz (Jorge), Gates (William), George
(Donna, Susan), Ily (Raymond), Jones (Gary), Linn (Larry),
Luketic (James), Marchitello (Victor), Naugle (Richard),
Nicklow (Mark), Noble (Robert), O'Connor (Timothy), Perrino
(Perry), Plisco (Ronald), Readel (Charles), Reshenberg
(Richard), Romano (Dino), Smith (William), Stefanik (Richard)
 NO. 88-3509
 United States Court of Appeals,
Third Circuit.
 JUN 14, 1989
 
 Appeal From: W.D.Pa.,
 Bloch, J.
 
 
 1
 AFFIRMED.